UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AUSTIN MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>WALL SYSTEMS NW, INC., a Washington corporation; BRIAN BOON and OLGA BYSTROVA, a married couple,<br><br>Defendants. | NO. 3:21-cv-05442-DGE<br><br>STIPULATED ORDER EXTENDING STAY |

## STIPULATION

On August 1, 2022, this Court entered its Order Staying Proceedings 90 Days (Dkt. 40). Since entry of the Court's Order, Wall Systems NW, Inc. and Brian Boon and Olga Bystrova have signed a covenant judgment for $1.3 million in the underlying Pierce County Superior Court Cause No. 20-2-07915-0. Additionally, a reasonableness hearing relating to that covenant judgment has been tentatively scheduled for November 23, 2022. The parties disagree on the amount of time necessary for the Reasonableness Hearing. Austin Mutual Insurance Company ("AMIC") asserts that the hearing should occur over five court

STIPULATED ORDER EXTENDING STAY - 1
(3:21-cv-05442-DGE)
[4879-4023-3276]

Law Office
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON  98401-1157
(253) 620-6500  -  FACSIMILE (253) 620-6565

days, and Boon and Bystrova, Wall Systems NW, and Kinsale Insurance Company believe it can be completed in less time. Regardless, it is now clear that the Reasonableness Hearing will not be concluded and/or ruled upon by the end of the current Stay Order, which is November 1, 2022. Accordingly, the parties have agreed and hereby stipulate to extend the stay in this case for an additional 60 days from November 1, 2022, in order to allow the underlying Reasonableness Hearing to proceed and be concluded before lifting the stay in this matter. The parties further stipulate and agree that either party may move to lift the stay earlier should the underlying court issue its ruling on the Reasonableness Hearing in advance of the requested 60-day stay.

DATED this 31st day of October 2022.

GORDON THOMAS HONEYWELL LLP

By: /s/ Dianne K. Conway
Dianne K. Conway, WSBA No. 28542
dconway@gth-law.com
Ian M. Leifer, WSBA No. 56670
ileifer@gth-law.com
Attorney for Defendants Boon and Bystrova

LETHER LAW GROUP

By: /s/ Kevin J. Kay
Thomas Lether, WSBA No. 18089
tlether@letherlaw.com
Kevin J. Kay, WSBA No. 34546
kkay@letherlaw.com
Attorney for Plaintiff Austin Mutual Insurance Company

STIPULATED ORDER EXTENDING STAY - 2
(3:21-cv-05442-DGE)
[4879-4023-3276]

Law Office
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON  98401-1157
(253) 620-6500  -  FACSIMILE (253) 620-6565

### ORDER

Based on the foregoing stipulation of the parties, it is hereby

ORDERED that the above-captioned is hereby stayed until January 2, 2023.

IT IS FURTHER ORDERED that either party may move to have the stay lifted earlier should the court in the underlying Pierce County matter issue a ruling on the Reasonableness Hearing prior to the expiration of this extended Stay Order.

DATED this 1st day of November 2022.

_____
David G. Estudillo
United States District Judge

STIPULATED ORDER EXTENDING STAY - 3
(3:21-cv-05442-DGE)
[4879-4023-3276]

Law Office
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON  98401-1157
(253) 620-6500  -  FACSIMILE (253) 620-6565